**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/20/2021 __

**TAWFEEQ ALMOAYED BUILDING CO.,**
**WL.L., et al.,**

        **Plaintiffs,**        **21-CV-01989 (KPF)(SN)**

    -against-            **ORDER**

**SITE DEVELOPMENT GROUP, INC.,**

        **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

   Today, the Honorable Katherine Polk Failla assigned this matter to my docket for settlement. As indicated in Judge Failla's referral order, the Court will only be able to hold a June settlement conference on June 17, or June 29, 2021. The Court will hold those dates for a settlement conference in this matter until Monday, May 24, 2021. If the Court has not heard from the parties by that date, the Court will release those dates to other cases. The parties are therefore directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov as soon as possible to indicate whether the parties are available either of those dates. If not, the parties shall identify three (3) mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

The settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                      _____
                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:      May 20, 2021
                New York, New York