

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Christopher J. Houpt**
Partner
T: +1 212 506 2380
F: +1 212 849 2830
CHoupt@mayerbrown.com

July 28, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court for the
 Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> MEMO ENDORSED

Re: <u>Tawfeeq Almoayed Building Co., W.L.L. et al. v. Site Development Group, Inc., 21-cv-01989-KPF (S.D.N.Y.)</u>

Dear Judge Failla,

We represent Plaintiffs in the above-captioned action. Pursuant to Rule 2(C) of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with Defendant SDG to request that time to file the stipulation of settlement and dismissal be extended from July 29, 2021 (*see* ECF No. 37) to August 5, 2021. Defendant SDG joins in this request. The parties request an extension to allow further time to negotiate the stipulation of settlement and dismissal.

Neither side has previously requested an extension or adjournment of the deadline to file the stipulation of settlement and dismissal, nor does this requested extension affect any other scheduled dates.

We thank the Court for its time and consideration of this request.

Respectfully submitted,
*/s/ Christopher J. Houpt*

Christopher J. Houpt
Partner

cc: All Counsel of Record by ECF

```
Application GRANTED.

Dated:     July 28, 2021
           New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).