

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Christopher J. Houpt**
Partner
T: +1 212 506 2380
F: +1 212 849 2830
CHoupt@mayerbrown.com

August 5, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court for the
 Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> Re:   <u>Tawfeeq Almoayed Building Co., W.L.L. et al. v. Site Development Group, Inc., 21-cv-01989-KPF (S.D.N.Y.)</u>

Dear Judge Failla,

We represent Plaintiffs in the above-captioned action. Pursuant to Rule 2(C) of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with Defendant SDG to request that time to file the stipulation of settlement and dismissal be extended from August 5, 2021 (*see* ECF No. 39) to August 12, 2021. Defendant SDG joins this request.  The parties request an extension to allow further time to negotiate the stipulation of settlement and dismissal.

The deadline to file the stipulation of settlement and dismissal has been extended by this Court one previous time from July 29, 2021 to August 5, 2021.  *See* ECF No. 39.  This requested extension does not affect any other scheduled dates.

We thank the Court for its time and consideration of this request.


Respectfully submitted,
*/s/ Christopher J. Houpt*


Christopher J. Houpt
Partner

cc: All Counsel of Record by ECF

**MEMO ENDORSED**

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Application GRANTED. The period of conditional discontinuance is extended to August 12, 2021.

Dated:     August 5, 2021         SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE