**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

TAWFEEQ ALMOAYED BUILDING CO.,
W.L.L. and ABDULLA ALMOAYED,

        Plaintiffs,

    v.

SITE DEVELOPMENT GROUP, INC.,

        Defendant.

Case No. 21-cv-01989-KPF

**<u>STIPULATED ORDER OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a) and the stipulation of the parties, as evidenced by their signatures hereto,

IT IS HEREBY ORDERED that the claims asserted by Plaintiffs against Defendant (collectively, the "Parties") in this matter are dismissed without prejudice to reopening if Defendant does not comply with the terms of the Confidential Settlement Agreement and Release (the "Settlement Agreement") entered into among the parties and dated September 7, 2021.

In connection with any disputes arising from or relating to the Settlement Agreement or the Stipulated Order of Dismissal, the Parties agree that this Court retains jurisdiction to enforce the terms of the Settlement Agreement.

By: _____

Jeremy M. Smith
Hinckley Allen & Snyder LLP
30 South Pearl Street
Suite 901
Albany, NY 12207
Tel.: (518) 396-3100

*Counsel for Defendant*

By: _____

Christopher J. Houpt
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2380

*Counsel for Plaintiffs*

SO ORDERED

DATED this _____ day of _____, 2021.

_____
Judge Katherine Polk Failla

2