## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TAWFEEQ ALMOAYED BUILDING CO., W.L.L. and ABDULLA ALMOAYED,<br><br>Plaintiffs,<br><br>v.<br><br>SITE DEVELOPMENT GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-01989-KPF |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the stipulation of the parties, as evidenced by their signatures hereto,

IT IS HEREBY ORDERED that the claims asserted by Plaintiffs against Defendant (collectively, the "Parties") in this matter are dismissed without prejudice to reopening if Defendant does not comply with the terms of the Confidential Settlement Agreement and Release (the "Settlement Agreement") entered into among the parties and dated September 7, 2021.

IT IS SO STIPULATED:

By:_____

Jeremy M. Smith
Hinckley, Allen & Snyder LLP
30 South Pearl Street
Suite 901
Albany, NY 12207
Tel.: (518) 396-3100

*Counsel for Defendant*

By:_____

Christopher J. Houpt
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2380

*Counsel for Plaintiffs*

SO ORDERED

DATED this 1st day of  November , 2021.

_____
Judge Katherine Polk Failla